**No. 39246.**—Protest 381501–G of Gimbel Bros., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel atomizers, atomizers and droppers, sprays, boxes, vases, trays, sugar, creamer, salt and pepper shakers, incense burners, candlestick, and crumb sets chiefly used in the kitchen or household or on the table for utilitarian purposes or hollow ware were held dutiable at 40 percent under paragraph 339.

**No. 39247.**—Protests 370240–G, etc., of Morris Goldberg's Sons et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel atomizers, boxes, bottles, and trays chiefly used in the kitchen or household or on the table for utilitarian purposes or hollow ware were held dutiable at 40 percent under paragraph 339.

**No. 39248.**—Protests 310669–G, etc., of Happel & McAvoy, Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel atomizers and perfumeries chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339.

**No. 39249.**—Protests 309287–G, etc., of Bloomingdale Bros., Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel atomizers, photo frames, trays, and thimbles chiefly used on the table or in the household for utilitarian purposes or hollow ware were held dutiable at 40 percent under paragraph 339.

**No. 39250.**—Protests 274623–G, etc., of M. B. Daniels & Co. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel scent sprayer, powder sprays, perfume sprayers, atomizers, and bottles chiefly used in the kitchen or household for utilitarian purposes or hollow ware were held dutiable at 40 percent under paragraph 339.